UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>             Petitioner,<br><br>      v.<br><br>KEN CLARK,<br><br>             Respondent. | No. 2:24-cv-03744-DAD-EFB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITIONER'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*, DENYING PETITIONER'S MOTION FOR RELEASE ON BAIL AND DISMISSING PETITION AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION<br><br>(Doc. Nos. 2, 5, 7) |

  Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 7, 2025, the assigned the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to proceed *in forma pauperis* in this action be denied, petitioner's motion for release on bail pending resolution of the pending petition be denied, and that the petition for federal habeas relief be denied as an unauthorized second or successive petition. (Doc. No. 7.) Specifically, the magistrate judge noted that petitioner had failed to submit a certified copy of his inmate trust account statement, thus requiring denial of his petition to proceed *in forma pauperis*. (*Id.* at 1.) The magistrate judge also noted that this court

1

had previously rejected petitioner's same claims as brought in the pending petition, which was therefore an unauthorized second and successive petition subject to dismissal because petitioner had not obtained prior authorization from the Ninth Circuit under 28 U.S.C. § 2244(b)(3). (*Id.* at 2.) Finally, the magistrate judge concluded that even if this court had the authority to grant petitioner provisional release pending resolution of the pending petition, the court lacked jurisdiction over the unauthorized second or successive petition and petitioner's motion for bail should therefore be denied. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 7) are adopted;
2. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to its renewal accompanied by the required inmate trust account statement;
3. Petitioner's motion for release on bail (Doc. No. 5) is DENIED;
4. The petition for federal habeas relief (Doc. No. 1) is DISMISSED as an unauthorized second or successive petition without prejudice to its re-filing in a new action if petitioner obtains the required authorization from the Ninth Circuit under 28 U.S.C. § 2244(b)(3); and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE